IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SONIA ORDONEZ,<br><br>               Plaintiff,<br><br>v.<br><br>CANYONS SCHOOL DISTRICT,<br><br>               Defendant. | **MEMORANDUM DECISION AND ORDER APPOINTING COUNSEL**<br><br>Case No. 2:13-cv-245-DAK-EJF<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Evelyn J. Furse |

      On September 30, 2013, Plaintiff Sonia Ordonez, proceeding *in forma pauperis*, filed a Motion for Appointment of Counsel (ECF No. 13.) This Court denied that Motion on October 4, 2013. (ECF No. 18.) Defendant Canyons School District ("Canyons") moved this Court to dismiss all of Ms. Ordonez's Causes of Action as untimely and alternatively to dismiss Ms. Ordonez's First and Third Causes of Action for failure to state a claim. (ECF No. 23.) Canyons' Reply brief concedes discovery is necessary to determine whether Ms. Ordonez timely filed this action. (Reply 2, ECF No. 25.) On June 5, 2014, Ms. Ordonez moved the Court to appoint counsel for her.

      The *in forma pauperis* statute permits this Court to "request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). Given the current state of this case, the Court believes assistance of counsel would greatly facilitate this case. Accordingly, the CLERK OF COURT IS DIRECTED to locate pro bono counsel.

      Dated this 23d day of March, 2015.

                                 BY THE COURT:

                                 *Evelyn J. Furse*

Evelyn J. Furse
United States Magistrate Judge