# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| SONIA ORDONEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CANYONS SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:13CV245DAK<br><br>Judge Dale A. Kimball |

　　　　This case was referred to Magistrate Judge Evelyn Furse under 28 U.S.C. § 636(b)(1)(B). On June 28, 2018, Magistrate Judge Furse issued a Report and Recommendation, recommending that Defendant's Motion for Summary Judgment be granted based on judicial estoppel. The court granted Plaintiff an extension to file her objections to Magistrate Judge Furse's Report and Recommendation, and Plaintiff filed her objection on July 27, 2018.

　　　　A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). After conducting a *de novo* review of the record with respect to the motion and considering Plaintiff's objections to the Report and Recommendation, the court finds no basis for reversing or modifying the Report and Recommendation. Defendant's motion for summary judgment is granted for the reasons set forth in Magistrate Judge Furse's Report and Recommendation. None of Plaintiff's arguments or

additional evidence changes the applicable legal analysis. Plaintiff claims that her failure to disclose this case in her bankruptcy was a mistake, but the Report and Recommendation explains why that argument is not credible. Plaintiff did not disclose the case until the court raised the issue. Therefore, Magistrate Judge Furse's June 28, 2018 Report and Recommendation is hereby affirmed and adopted in its entirety as the Order of this court. Accordingly, Defendant's Motion for Summary Judgment is GRANTED.

DATED this 1st day of August, 2018.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge